OFFICE OF DISCIPLINARY COUNSEL *v.* BROWN.

[Cite as *Disciplinary Counsel v. Brown* (2000), 90 Ohio St.3d 273.]

(Nos. 98–783 and 98–1793—Submitted July
6, 2000—Decided November 1, 2000.)

274

*Jonathan E. Coughlan,* Disciplinary Counsel, and *Lori J. Brown,* First Assistant Disciplinary Counsel, for relator.

*Thomas C. Brown, pro se.*

---

***Per Curiam.*** We adopt the findings and conclusions of the board. Respondent is indefinitely suspended from the practice of law in Ohio, with credit for the time he has served under his interim remedial suspension since October 26, 1999, the date his interim remedial suspension began. Costs are taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS, J., not participating.